**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FILED

2006 MAR -6  P 4: 00

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**BRAD BERTING,**
    **Plaintiff,**

v.                                              Case No.: 3:05-cv-648-J-20MMH

**JO ANNE BARNHART,
Commissioner of Social Security,**

    **Defendant.**

_____

## O R D E R

This cause is before the Court on the United States Magistrate Judge's Report and Recommendation (Doc. No. 13, filed January 26, 2006), recommending that the Plaintiff's action be dismissed without prejudice for failure to prosecute. No timely objections have been filed to the Report and Recommendation.

Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review of the entire record in this matter, the Court adopts and confirms the Magistrate Judge's findings. Accordingly, it is **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Doc. No. 13) is **ADOPTED**, and is specifically incorporated into this Order.

For the reasons stated in the Report and Recommendation, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _6t_ day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Arthur R. Reynolds, *Pro Se*
Susan R. Waldron, AUSA